United States District Court
Southern District of Texas
**ENTERED**
April 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| KEANTHONY MCGEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00034 |
| | § | |
| JERRY J. SANCHEZ, *et al.*, | § | |
| | § | |
| Defendants. | § | |

### MEMORANDUM AND RECOMMENDATION TO DISMISS
### CASE FOR FAILURE TO PROSECUTE

Plaintiff filed this prisoner Civil Rights complaint pursuant to 42 U.S.C. § 1983 on February 17, 2022. (D.E. 1). The U.S. District Clerk notified Plaintiff his pleading was deficient for failing to pay the filing fee and/or failing to properly request to proceed *in forma pauperis* ("IFP"). (D.E. 5). The notice instructed Plaintiff to either pay the filing fee or to file a certified copy of his inmate trust fund statement with his application. Plaintiff was directed to comply by March 10, 2022, and was notified that failure to comply may result in his case being dismissed. Plaintiff did not comply.

On March 15, 2022, the Court entered a Notice of Deficiency and ordered Plaintiff to either pay the filing fee or submit an IFP application along with a copy of his trust fund statement by March 31, 2022. (D.E. 6). Plaintiff was again notified that failure to comply may result in dismissal for want of prosecution. Fed. R. Civ. P. 41(b). Plaintiff failed to comply with the Court's order and has filed nothing with the Court since his initial filing.

Therefore, it is respectfully recommended that Plaintiff's case be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b); *see also Martinez v. Johnson*, 104 F.3d 769, 772 (5th Cir. 1997) (holding district courts have the power to *sua sponte* dismiss a cause of action for failure to prosecute).

ORDERED on April 6, 2022.

Jason B. Libby
United States Magistrate Judge

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within **FOURTEEN (14) DAYS** after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of *plain error,* from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court. *Douglass v. United Servs. Auto Ass'n,* 79 F.3d 1415 (5th Cir. 1996) (en banc).