United States District Court
Southern District of Texas

**ENTERED**

August 31, 2022

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| KEANTHONY MCGEE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 2:22-CV-00034 |
| | § | |
| JERRY J. SANCHEZ; | § | |
| ROSALINDA TREVINO; and | § | |
| RICHARD V. CATHCART, | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM OPINION AND ORDER
ACCEPTING MEMORANDUM AND RECOMMENDATION**

Pending before the Court is the April 6, 2022 Memorandum and Recommendation ("M&R") signed by Magistrate Judge Jason B. Libby. (Dkt. No. 7). Magistrate Judge Libby recommends that the Court dismiss Plaintiff KeAnthony McGee's complaint under 42 U.S.C. § 1983, (Dkt. No. 1), for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

McGee was provided notice and the opportunity to object. *See* 28 U.S.C. § 636(b)(1). No objections were filed, so review is for plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears. The Court **ACCEPTS** the M&R as the Court's Memorandum Opinion and Order. The Court **DISMISSES WITHOUT PREJUDICE** McGee's complaint, for failure to prosecute. (Dkt. No. 1).

It is SO ORDERED.

Signed on August 30, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**